**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-7168**

———————

JAMES C. MCNEILL,

Plaintiff - Appellant,

v.

LT. CRYSTAL TAYLOR; PATRICIA ALSTON; MONICA BOND;
LIEUTENANT JAMES WILLIAMS, JR.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh. Richard E. Myers, II, Chief District Judge. (5:18-ct-03225-M)

———————

Submitted: May 11, 2022                          Decided: July 21, 2022

———————

Before AGEE, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James C. McNeill, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *McNeill v. Taylor*, No. 5:18-ct-03225-M (E.D.N.C. July 26, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*